PROB 12B
(NYEP-5/17/06)

TANYA M. PARRIS, Sr. USPO

# United States District Court
## for the
## Eastern District of New York

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **Emillo Ramos**

Case Number **01-CR-015**

Name of Sentencing Judicial Officer: **The Honorable Allyne R. Ross, U.S. District Court Judge**

Date of Original Sentence: **August 7, 2003**

Original Offense: **Possession of a Firearm by a Felon, 18 U.S.C. 922(g)(1) & 960(b)(3)**

Original Sentence: **Fifty-seven months custody, three years supervised release, and a $100 special assessment fee. The following special condition was imposed: the defendant shall not posses any firearms.**

Type of Supervision: **Supervised Release**    Date Supervision Commenced: **March 3, 2006**

==================================================================================

## PETITIONING THE COURT

☒    To modify the conditions of supervision as follows:

The defendant shall submit his person, residence, office, or vehicle or any other premises under his control to a search on the basis that the probation officer has reasonable belief that contraband or evidence of a violation of the conditions of the release may be found. The search must be conducted in a reasonable manner and at a reasonable time. The defendant's failure to submit to a search may be grounds for revocation. The defendant shall inform any other residents that the premises may be subject to search pursuant to this condition.

Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

## CAUSE

Supervision of the offender commenced in the Southern District of New York on March 3, 2006. The offender has an extensive criminal history which includes possession of firearms and possession of controlled substances. The Southern District of New York requested this modification based on the seriousness of the instant offense, the offender's criminal history, and the potential threat the offender poses to the community. According to U.S. Probation Officer Assistant Sandra Osman, this modification will enhance the probation department's ability to detect non-compliant behavior, and facilitate the probation department's objective to provide community protection.

Officer Osman reported that the offender is in basic compliance with the terms of his supervised release. He is unemployed and receives public assistance, however, the offender attends programs mandated by social services in order to continue receiving benefits.

The offender has agreed to this modification and voluntarily signed the attached Probation Form 49, Waiver of Hearing.

Respectfully submitted by,

Tanya M. Parris
U.S. Probation Officer

Approved by,

Arthur M. Swasey
Supervising U.S. Probation Officer
Date: 8/24/06

THE COURT ORDERS:

☑ The Modification of Conditions as Noted Above
☐ Other

Signature of Judicial Officer

8/25/06
Date